# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JODY JORGENSEN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **CONSECO LIFE INSURANCE** | )  No. 5-14-cv-01109-C |
| **COMPANY; and LONNY DORMAN,** | ) |
| **d/b/a NATIONAL HEALTH** | ) |
| **INSURANCE AGENCY,** | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, it is hereby stipulated, by and between Plaintiff Jody Jorgensen and Defendant, Conseco Life Insurance Company, by and through their respective counsel of record, that the Court may make and enter its Order dismissing all claims against all parties in the above action with prejudice, each party to bear its own costs and fees.

*s/Kent R. McGuire*
*(signed by Jason A. Walters with permission of Kent R. McGuire)*
Kent R. McGuire
McGuire Law Firm
3847 S. Boulevard, Suite 200
Edmond, Oklahoma 73013
kent@kentmcguirelaw.com

*Counsel for Plaintiff*

1

*s/Jason A. Walters*
Jason A. Walters (Admitted *Pro Hac Vice*)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8372
Facsimile: (205) 521-6372
Email:  jwalters@babc.com

C. William Threlkeld
Brion B. Hitt
Fenton, Fenton, Smith, Reneau & Moon, P.C.
211 N. Robinson, Suite 800N
Oklahoma City, Oklahoma 71302
Phone (405) 235-4671
Fax (404) 235-5247
Email cwthrelkeld@fentonlaw.com
Email bbhitt@fentonlaw.com

*Counsel for Defendant Conseco Life Insurance Company*